MOEEL LAH FAKHOURY LLP
Hanni M. Fakhoury (State Bar No. 252629)
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone: (510) 500-9994
Email: hanni@mlf-llp.com

Attorneys for Sene Malepeai

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SENE MALEPEAI,<br><br>Defendant. | Case No.: 4:23-mj-70989-MAG-2<br><br>**STIPULATION AND ORDER MODIFYING BOND CONDITIONS**<br><br>Hearing Date:  October 27, 2023<br>Hearing Time:  10:30 a.m. |

Ms. Malepeai is charged in a criminal complaint with wire fraud, in violation of 18 U.S.C. § 1343, and aggravated identity theft, in violation of 18 U.S.C. §1028A. She is out of custody and a status conference regarding preliminary hearing or arraignment is currently scheduled for October 27, 2023 at 10:30 a.m.

On October 2, 2023, the Court ordered Ms. Malepeai to reside in the San Francisco halfway house while she worked to find her own housing. Dkt. 40. Ms. Malepeai reported to the halfway house as directed on October 4, 2023 and is currently residing there. Ms. Malepeai has now found an apartment in Richmond through a housing assistance program and has signed a lease and is finalizing the approval and move in process. The apartment is likely to be available on October 17, but could be available sooner. After meeting and conferring and discussing with Ms. Malepeai's assigned Pretrial Services officer, Ana Mendoza, the parties now request the Court modify the conditions of pretrial release to read as follows: "The defendant shall reside at the halfway house until a suitable residence

1 is identified and approved by Pretrial Services, with notification to the U.S. Attorney." All other
2 conditions should remain in effect as previously set by the Court. Pretrial Services has no objection to
3 this modification.
4     Undersigned defense counsel certifies he has obtained approval from counsel for the
5 government to file this Stipulation and Proposed Order.

IT IS SO STIPULATED.

Dated:    October 13, 2023    MOEEL LAH FAKHOURY LLP

/S
HANNI M. FAKHOURY
Attorneys for Sene Malepeai

Dated:    October 13, 2023    ISMAIL J. RAMSEY
United States Attorney
Northern District of California

/S
ERIC CHENG
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SENE MALEPEAI,<br><br>Defendant. | Case No.: 4:23-mj-70989-MAG-2<br><br>**ORDER MODIFYING BOND CONDITIONS**<br><br>Hearing Date:   October 27, 2023<br>Hearing Time:   10:30 a.m. |

    Based on the reasons provided in the stipulation of the parties above, the Court hereby modifies Ms. Malepeai's bond conditions as follows: "The defendant shall reside at the halfway house until a suitable residence is identified and approved by Pretrial Services, with notification to the U.S. Attorney." All other conditions of the bond previously set remain in effect.

    **IT IS SO ORDERED.**

DATED: October 16, 2023

_____
HONORABLE DONNA M. RYU
Chief United States Magistrate Judge