```
MOEEL LAH FAKHOURY LLP
Hanni M. Fakhoury (State Bar No. 252629)
2006 Kala Bagai Way, Suite 16
Berkeley, CA 94704
Telephone:   (510) 500-9994
Email:       hanni@mlf-llp.com
```

Attorneys for Sene Malepeai

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SENE MALEPEAI,<br><br>Defendant. | Case No.: 4:23-mj-70989-MAG-2<br><br>**STIPULATION AND ORDER RESETTING STATUS HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT AND RULE 5.1**<br><br>Hearing Date:   May 21, 2024<br>Hearing Time:   10:30 a.m. |

    Ms. Malepeai is charged in a criminal complaint with wire fraud, in violation of 18 U.S.C. § 1343, and aggravated identity theft, in violation of 18 U.S.C. § 1028A. She is out of custody and a status conference regarding preliminary hearing or arraignment is currently scheduled for May 21, 2024 at 10:30 a.m.

    The government has produced discovery and defense counsel will need time to review the discovery with Ms. Malepeai. Additionally, the parties are exploring potential resolutions to the case and need additional time to negotiate. Thus the parties jointly request the Court reset the status hearing regarding preliminary hearing or arraignment from May 21, 2024 at 10:30 a.m. to June 25, 2024 at 10:30 a.m.

    Finally, given the need for defense counsel to review the discovery with Ms. Malepeai and the ongoing plea discussions, the parties also request the Court exclude time under Federal Rule of Criminal Procedure 5.1(c) and (d), 18 U.S.C. §§ 3161(b), (h)(7)(A) and (B)(iv) between May 21,

1  2024 and June 25, 2024 to allow for effective preparation of counsel taking into account the exercise
2  of due diligence.
3       Undersigned defense counsel certifies he has obtained approval from counsel for the
4  government to file this Stipulation and Proposed Order.

                                                    IT IS SO STIPULATED.

Dated:    May 18, 2024                              MOEEL LAH FAKHOURY LLP

                                                            /S
                                                    HANNI M. FAKHOURY
                                                    Attorneys for Sene Malepeai

Dated:    May 18, 2024                              ISMAIL J. RAMSEY
                                                    United States Attorney
                                                    Northern District of California

                                                            /S
                                                    ERIC CHENG
                                                    MOLLY PRIEDEMAN
                                                    Assistant United States Attorneys

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SENE MALEPEAI,<br><br>Defendant. | Case No.: 4:23-mj-70989-MAG-2<br><br>**ORDER RESETTING STATUS HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT AND RULE 5.1**<br><br>**Hearing Date:** May 21, 2024<br>**Hearing Time:** 10:30 a.m. |

Based on the reasons provided in the stipulation of the parties, the Court hereby finds:

1. The defendant and defense counsel need additional time to discuss the case and the evidence and to explore potential resolutions to the case.

2. These tasks are necessary for the defense preparation of the case, and the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and

3. The ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.

Based on these findings, it is hereby ordered that the status conference regarding preliminary hearing or arraignment set for May 21, 2024 at 10:30 a.m. be reset to June 25, 2024 at 10:30 a.m. It is further ordered that time is excluded pursuant to Federal Rule of Criminal Procedure 5.1(c) and (d),18 U.S.C. §§ 3161(b), (h)(7)(A) and (B)(iv), from May 21, 2024 through June 25, 2024.

**IT IS SO ORDERED.**

DATED: May 20, 2024

_____
HONORABLE DONNA M. RYU
Chief United States Magistrate Judge